

United States District Court
Eastern District of California

**FILED**

JAN 11 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

VINCENZZA BUBAK, individually and on behalf of all others similarly situated

Case Number: 1:21-cv-00492-DAD-EPG

V.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

GOLO, LLC, a Delaware Limited Liability Company

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, _____Jason J. Thompson_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

VINCENZZA BUBAK, individually and on behalf of all others similarly situated

On ____11/23/1992____ (date), I was admitted to practice and presently in good standing in the ____Supreme Court of Michigan____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: January 7, 2022          Signature of Applicant: /s/ Jason J. Thompson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jason J. Thompson |
| Law Firm Name: | Sommer Schwartz, P.C. |
| Address: | 1 Towne Square #1700 |
| City: | Southfield   State: MI   Zip: 48076 |
| Phone Number w/Area Code: | (248) 355-0300 |
| City and State of Residence: | St. Petersburg, FL |
| Primary E-mail Address: | jthompson@sommerspc.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Trenton R. Kashima |
| Law Firm Name: | Sommers Schwartz, P.C. |
| Address: | 402 West Broadway, Suite 1760 |
| City: | San Diego   State: CA   Zip: 92101 |
| Phone Number w/Area Code: | (619) 762-2125   Bar # 291405 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/11/22

*E. P. G.* (signature)
JUDGE, U.S. DISTRICT COURT