

United States District Court
Eastern District of California

**FILED**

FEB 11 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

VINCENZZA BUBAK, et al.

Plaintiff(s)

V.

GOLO, LLC, a Delaware Limited Liability Co

Defendant(s)

Case Number: 1:21-cv-00492-DAD-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Russell Busch _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Vincenzza Bubak, individually and on behalf of all others similarly situated

On ___11/08/2018___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of the State of Illinois___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __02/10/2022__    Signature of Applicant: /s/ __Russell Busch__

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Russell Busch |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 800 S. Gay Street, Suite 1100 |
| City: | Knoxville  State: TN  Zip: 37929 |
| Phone Number w/Area Code: | (630) 796-0903 |
| City and State of Residence: | Highland Park, IL |
| Primary E-mail Address: | rbusch@milberg.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alex R. Straus |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 280 S. Beverly Drive |
| City: | Beverly Hills  State: CA  Zip: 90212 |
| Phone Number w/Area Code: | (917) 471-1894  Bar # 321366 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/11/22

_____
JUDGE, U.S. DISTRICT COURT