



United States District Court
Eastern District of California

FILED
FEB 11 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

VINCENZZA BUBAK, et al.

Plaintiff(s)

V.

GOLO, LLC, a Delaware Limited Liability Co

Defendant(s)

Case Number: 1:21-cv-00492-DAD-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, NICK SUCIU, III _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Vincenzza Bubak, individually and on behalf of all others similarly situated

On ___11/20/2008___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of the State of Michigan___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

Date: __02/10/2022__   Signature of Applicant: /s/ __Nick Suciu, III__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | NICK SUCIU, III |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 6905 Telegraph Road, Suite 115 |
| City: | Bloomfield Hills   State: MI   Zip: 48301 |
| Phone Number w/Area Code: | (313) 303-3472 |
| City and State of Residence: | Bloomfield Hills, MI |
| Primary E-mail Address: | nsuciu@milberg.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alex R. Straus |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 280 S. Beverly Drive |
| City: | Beverly Drive   State: CA   Zip: 90212 |
| Phone Number w/Area Code: | (917) 471-1894   Bar # 321366 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/11/22

_[signature]_
JUDGE, U.S. DISTRICT COURT