# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**VINCENZZA BUBAK,**

CASE NO: **1:21–CV–00492–DAD–AC**

v.

**GOLO, LLC,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/8/2024**

**Keith Holland**
Clerk of Court

ENTERED: **January 8, 2024**

by: /s/ O. Clemente Licea
Deputy Clerk